# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 30, 2025

## NO. 03-24-00779-CV

**Keiara Bovell, Appellant**

**v.**

**Pathways Asset Management, Inc., Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
## BEFORE JUSTICES TRIANA, THEOFANIS AND CRUMP
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on November 13, 2024. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.